JAN 15 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

                                                           **Case 07-CR-315 (NAM)**

v.

**CLAYTON LAFRENZ,**
            **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Counts One through Three of Indictment No. 07-CR-315 against the defendant, **CLAYTON LAFRENZ**, only.

The reason for this dismissal is:

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    _X_ Insufficient evidence at this time

    \_\_\_ Other: _____

With respect to this dismissal, defendant (check one):

_X_ Consents

___ Objects

___ Has not been consulted

This dismissal is without prejudice.

                                  GLENN T. SUDDABY
                                  United States Attorney

By: *Carl G. Eurenius* (signature)
      Carl G. Eurenius
      Assistant U.S. Attorney
      Bar Roll No. 511746

Leave of court is granted for the filing of the foregoing dismissal.

Dated: January 15, 2008
Syracuse, New York

*Norman A. Mordue* (signature)
Hon. Norman A. Mordue
Chief United States District Court Judge

2